CHARLES E. FINCH, as Administrator, etc., of ELSIE B. FINCH, Deceased, Respondent, v. PAUL HETZEL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

CELIA FRIEDMAN, Respondent, v. HYMAN P. YASSEM and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

MOLLIE GILLMAN, Respondent, v. GEORGE GILLMAN, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal and bring it on for argument on Friday, October 10, 1930; otherwise, motion denied, with ten dollars costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

NATHAN GINSBURG, Appellant, v. EMIL BERGER and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

JOSEPH A. GRAFF, Respondent, v. BERNWITT CORPORATION, Defendant. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

HEATHCOTE NURSERIES, INC., Respondent, v. EL KAY BUILDERS CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from the service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

JACOBY HIRSCH, Respondent, Appellant, v. SCHWARTZ & COHN, INC., and LOUIS KROLICK, Respondents. HIGHWAY IMPROVEMENT AND REPAIR COMPANY, INC., Appellant, Respondent, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

DORA HOFFNER, Appellant, v. ABRAHAM SCHACHNE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

FURMAN T. HOWARD, Appellant, v. JANE L. HOWARD, Respondent, and MARGARET C. HOWARD and ETHEL B. PHILBRICK, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.